E-FILED
Wednesday, 30 May, 2018  03:58:03 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | No: | 18-2151 |
| | ) | | |
| REAL PROPERTY LOCATED AT | ) | | |
| 1510 GLENSHIRE DRIVE, CHAMPAIGN, | ) | | |
| ILLINOIS, WITH ALL APPURTENANCES | ) | | |
| AND IMPROVEMENTS THEREON, | ) | | |
| | ) | | |
| Defendant. | ) | | |

### FORFEITURE COMPLAINT IN REM

NOW COMES the United States of America, by its attorneys, John E. Childress, United States Attorney, and Assistant United States Attorney Gail L. Noll, and for its Forfeiture Complaint in Rem, states as follows:

1.      This is an action in rem brought to enforce the provisions of 21 U.S.C. § 881(a)(6) and (a)(7) and 18 U.S.C. § 981(a)(1) for the forfeiture of the real property located at 1510 Glenshire Drive, Champaign, Illinois, with all appurtenances and improvements thereon (defendant property) because it is property which was used or intended to be used, in any manner or part, to commit, and/or to facilitate, the commission of, a violation of this subchapter, pursuant to 21 U.S.C. § 881(a)(7), and which constitutes proceeds traceable to the exchange of controlled substances in violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801 et seq., pursuant to 21 U.S.C. § 881(a)(6).

2.      This Court has jurisdiction pursuant to 28 U.S.C. §§ 1345 and 1355.

3.      This action is brought in the Central District of Illinois, Urbana Division,

because the events which are the subject of this matter occurred in Champaign, Illinois

will remain within the jurisdiction of this Court throughout the pendency of this action.

4.      The defendant property located at 1510 Glenshire Drive, Champaign,

Illinois, with all appurtenances and improvements thereon, is titled in the name of

Longevity Realty Management, LLC, a New Mexico, LLC (Longevity).    Stephen

Caamano is the owner of Longevity and resides at the defendant property.    The

defendant property is legally described as follows:

> Lot 132 in Glenshire Subdivision No. 1, Champaign County,
> Illinois as per Plat recorded July 6, 1988 in Plat Book "AA"
> at Page 221 as Document 88R14236, situated in Champaign,
> County, Illinois.
>
> Permanent Parcel Number: 03-20-16-353-008

6.      Based on the detailed facts below, which support a reasonable belief that

the government will be able to meet its burden of proof at trial, the government believes

that the defendant real property was used or intended to be used, in any manner or

part, to commit, and/or to facilitate, the commission of, a violation of this subchapter,

pursuant to 21 U.S.C. § 881(a)(7), and which constitutes proceeds traceable to the

exchange of controlled substances in violation of Title II of the Controlled Substances

Act, 21 U.S.C. § 801 et seq., pursuant to 21 U.S.C. § 881(a)(6).

### *Initiation of Investigation*

7.      In December 2017, agents from the Drug Enforcement Administration (DEA) began investigating Stephan CAAMANO (CAAMANO) for manufacturing a controlled substance with tablet press machines purchased online from various companies based in China. Customs and Border Protection (CBP) agents contacted DEA in Springfield, Illinois, pertaining to several imported items seized by CBP that were destined for delivery to CAAMANO.

8.      CBP advised that on September 16, 2016, agents seized a package from Mijdrecht, the Netherlands, that was inbound to CAAMANO at an address of 2562 Le Conte Avenue, Berkeley, California.   The package contained 29 grams of 3,4-Methylenedioxymethamphetamine, or MDMA (commonly known as ecstasy). An open records search identified the address as student housing for the University of California-Berkeley, which was occupied by CAAMANO during his enrollment there.

9.      CBP further advised that on April 18, 2017, agents seized a package from Shanghai, China, that was inbound to CAAMANO at an address of 510 South Fair Street, Champaign, Illinois. The package contained one turbine wheel box pill press machine. Agents have confirmed that CAAMANO currently rents that property, and he was the sole renter known to agents at the time of the seizure. CAAMANO's lease on the property ends in July 2018, according to the realty management company.

10.      CBP advised that on June 13, 2017, agents seized a package from an unknown shipper that was inbound to CAAMANO at an address of 1717 West Kirby Avenue, #108, Champaign, Illinois. The package contained 109 grams of Fentanyl and

210 grams of Alprazolam (Xanax). That address corresponds to a mailing box at a UPS store, which was rented by CAAMANO.

11.     CBP advised on July 13, 2017, agents seized seven packages from Shanghai, China, that were inbound to CAAMANO at an address of 202 South Broadway Avenue, #142, Urbana, Illinois. These packages contained drilling machine bolts for a tablet press machine. Agents have confirmed through United States Postal Investigation Services (USPIS) that CAAMANO rented Post Office Box 142 at the Urbana Post Office during the time of the seizure.

12.     Law enforcement agents also obtained a copy of a University of Illinois Urbana-Champaign Police Department report taken on October 25, 2016, where a campus housing maintenance worker completed a work order request, and observed drug-related equipment at 2101 Hazelwood Ct., Apt. 204, Urbana, Illinois. The Urbana-Champaign Police Department responded and spoke with the resident, CAAMANO, concerning the equipment.   CAAMANO advised the chemicals, pills, and tablet press machine were for health supplement pills that he wanted to manufacture.

### *Background Regarding 1510 Glenshire Drive*

13.     Law enforcement agents discovered bank records at Navy Federal Credit Union for accounts associated with CAAMANO and that CAAMANO purchased the defendant property in full on July 31, 2017, with a wire transaction for $235,500 to the seller's bank under the business name Longevity Realty Management, LLC. Official records show the property was still owned by Longevity Realty Management as of May 2018.

14.     Agents have further learned via an open source records search that utilities were established in CAAMANO's name at the defendant property on July 24, 2017.

### *Surveillance of CAAMANO and Package Drop*

15.     On March 8, 2018, agents conducted surveillance of CAAMANO at the defendant property. At approximately 10:00 a.m., agents observed CAAMANO depart the defendant property in a blue 2017 Toyota RAV4 (RAV4). The RAV4 was registered to CAAMANO. Agents observed CAAMANO arrive in the RAV4 at a United States Postal Service (USPS) drop box located near 2012 Round Barn Road, Champaign, Illinois.   Agents then observed and video recorded CAAMANO as he removed yellow manila envelopes from the rear passenger area of his vehicle multiple times and deposited said manila envelopes into the USPS drop box.

16.     That same morning, while maintaining surveillance of the drop box, agents contacted the United States Postal Inspection Service so that they could visually inspect the manila envelopes deposited in the USPS drop box by CAAMANO. USPIS sent a mail carrier to open the drop box near 2012 Round Barn Road, Champaign, Illinois, and to collect all mail from inside the drop box.

17.     Later that morning, at approximately 11:15 a.m., agents met with the USPS mail carrier at the Round Barn Road location. Prior to the mail carrier's arrival, agents confirmed via surveillance that no other individuals had gained access to the USPS drop box or tampered with its contents. With assistance from the USPS mail carrier, agents were able to visually inspect the contents of the drop box and observed 33

yellow manila envelopes matching in appearance the yellow manila envelopes agents previously saw CAAMANO depositing into the drop box. No other item in the drop box outside those 33 envelopes was comparable to the items agents observed and video recorded CAAMANO depositing in the drop box.

18.     Also on March 8, 2018, at approximately 2:00 p.m., agents traveled to the United States Post Office, located at 600 North Neil Street, Champaign, Illinois, where the USPS mail carrier who assisted at the USPS drop box near 2012 Round Barn Road, Champaign, Illinois, had directly taken the 33 manila envelopes identified as matching the manila envelopes deposited by CAAMANO.

19.     Agents visually inspected each of the 33 manila envelopes and observed that the return sender on each of the 33 envelopes was listed as a "Colin H. Taylor". Agents also observed a shipping company, EasyPost, had created the shipping label on each envelope, and all envelopes had the same EasyPost account number: C26321. One of the 33 packages was addressed to an individual in St. Louis, Missouri. Law enforcement later obtained consent from the individual to whom the package was addressed to open that package. The package contained a clear plastic vacuum sealed bag with white elongated pills, each marked "Xanax" and "2", and weighing 335 grams. The listed recipient never received the package, as it was retained by law enforcement after it was found to contain pills.

20.     Agents interviewed the USPS mail carrier who advised similar manila envelopes had been deposited into four USPS drop boxes in the vicinity of Mattis Avenue and Kirby Avenue in Champaign, Illinois, each day for more than a year. The

6

mail carrier estimated the number of manila envelopes to be between 50 and 100 among the four drop boxes each day.

21.    The USPS mail carrier stated he made a formal complaint in March 2017 to management about the quantity of manila envelopes, which had been making his collection duties very difficult to complete. The mail carrier advised that at the time of the complaint his management contacted the shipper, identified as "Sharon Lee", and advised a non-fictitious mailing address was required, otherwise the manila envelopes would not be shipped. The mail carrier provided a photograph to agents of a manila envelope seen in March 2017 bearing the return shipping name "Sharon Lee". Agents observed the shipping label was created by EasyPost and was associated with the same account number: C26321.

### *Recovery of Alprazolam in Champaign County*

22.    On March 9, 2018, agents received information from the Champaign County Sheriff's Office concerning an incident report involving recovered property. On February 21, 2018, the Sheriff's Office took a report at 3206 Halifax Drive, Apartment B, Champaign, Illinois, in which a female subject, identified as T.A., received four boxes delivered to her by USPS, each identifying her as the "return sender." T.A. told the Sheriff's Office that she did not send any boxes and opened one to check its contents. Upon inspection, T.A. observed three gray packages, wrapped in bubble wrap, inside the box. T.A. then opened one gray package and discovered numerous pills, all marked with "Xanax" on each pill. T.A. relinquished custody of the four boxes and their contents to the Sheriff's Office.

23.     Agents reviewed photographs taken of the shipping labels on the four boxes and observed a shipping label created by EasyPost with the same account number as the one used on envelopes bearing the return address names "Colin H. Taylor" and "Sharon Lee". The EasyPost account number was C26321.

24.     On March 12, 2018, agents took custody of the four boxes and their contents from the Sheriff's Office. Agents inspected the contents and confirmed the four boxes were each filled with three packages. Each of the three packages contained numerous white elongated pills. Agents observed that each pill bore the marking "Xanax" on one side and the marking "2" on the other side, which markings are consistent with pills made by the pharmaceutical manufacturer Pfizer. Agents could tell upon inspecting the pills through the plastic packaging that several of the pills had lighter markings, indicating possible counterfeit production. On March 27, 2018, laboratory results returned indicating the pills were all alprazolam (Xanax) with a 95% level of confidence and numbered 83,538 dosage units (total pills).

### *Cleveland Alprazolam Package*

25.     On March 8, 2018, a detective at the Cleveland, Ohio Police Department reported USPS Parcel 9405536897846313514706 (Easy Post) to agents. The parcel was addressed to 3740 Euclid Ave, Cleveland, Ohio, 44115, and was turned over by a resident who had no knowledge of the parcel.   The parcel originated in Urbana, Illinois and contained more than 1,000 alprazolam pills, which was confirmed by the Cuyahoga County Laboratory on March 22, 2018.

26.     On March 22, 2018, agents identified associated mailings going to Confidential Source 1 (CS1) at an address in Cleveland, Ohio. These parcels, like those deposited by CAAMANO into the mail drop box in Champaign, Illinois, had a return address of Colin H. Taylor, 2105 S. Zuppke Dr., Urbana, Illinois, and were associated with EasyPost account C26321.

27.     On March 26, 2018, agents conducted a controlled delivery of the parcels destined for CS1.   Agents detained CS1 after CS1 took custody of the parcels and returned to CS1's residence. CS1 signed a consent form permitting law enforcement agents to search CS1's residence, which resulted in the recovery of the two parcels associated with EasyPost account C26321, along with various narcotics, numerous Priority Mailing envelopes, label makers, and a food saver machine with plastic bags commonly used for vacuum packaging.

28.     CS1 provided a statement to agents and advised that CS1 purchased the "Xanax" (alprazolam) that was recovered from the parcels from a darkweb vendor that CS1 had found on a Reddit forum. CS1 identified the Reddit user as "Googleplex". CS1 stated that "Googleplex" sells "Xanax" on the Dream Market, but advised that CS1 purchased directly from "Googleplex" by sending Monero[1] cryptocurrency to a wallet[2]

---

[1] An open-source cryptocurrency that focuses on privacy and decentralization.   Monero uses a public ledger to record transactions while new units are created through a process called mining.   Monero aims to improve on existing cryptocurrency design by obscuring sender, recipient, and amount of every transaction made, as well as making the mining process more egalitarian.

[2] A "wallet" or cryptocurrency wallet stores the public and private keys, which can be used to receive or spend the cryptocurrency.   A wallet can contain multiple public and private

provided by "Googleplex". CS1 stated that CS1 communicates with "Googleplex" via email.   CS1 stated that CS1 ordered from "Googleplex" three times in amounts of $5,000.00, $5,000.00, and $4,000.00 during the winter and spring of 2018 and paid "Googleplex" $0.60 per "Xanax" pill.

29.     In performing a Google search using keywords "Googleplex Reddit", agents were able to see URL results ranging from 2016 to 2018, which referenced "Googleplex" and discussed dark web transactions and "Xanax".

### *CAAMANO's Plan to Move His Base of Operations*

30.     On or about March 23, 2018, Googleplex sent the CS a message through an encrypted mail service stating that "our stealth is pretty good (as you know) but we're also getting some suspicion that they are profiling our packs. . . . Honestly, it's getting tougher to be a vendor nowadays. We are going to move our operations out of state first of all, bc/ of these heat issues. So we will be back late summer/fall." This message was later discovered by a law enforcement officer who had gained control of CS1's account.

31.     On or about March 30, 2018, a law enforcement officer using the messaging account previously controlled by CS1 received a message from Googleplex in response to an inquiry about sales. The message from Googleplex advised that Googleplex might be able to complete a transaction but it would have to be "next

---

key pairs.   The cryptocurrency itself is not in the wallet.   The cryptocurrency is decentrally stored and maintained in a publically available ledger.   With a private key, it is possible to write in the public ledger in order to spend the cryptocurrency.

week." Googleplex noted in the message that "we are reluctant to sell b/c LE might be profiling our packs. We are moving operations to avoid heat".

32.     In early April 2018, a law enforcement officer using a different undercover account to browse the dark web Dream Market vendor site used by Googleplex noted that the away message used by Googleplex stated that the Xanax vendor was out of stock and would be back in the summer/fall.

### *Tracking Warrant for the RAV4*

33.     On March 21, 2018, a federal search warrant was issued authorizing the activation of a GPS tracking device upon CAAMANO's RAV4. On March 23, 2018, agents activated the GPS tracking device and affixed it to the RAV4.

34.     Following the installation of the tracker, the tracking data revealed that CAAMANO utilized the Toyota RAV4 multiple times per week to travel from 1510 Glenshire Drive to the vicinity of United Parcel Service locations, United States Post Office Box locations, and United States Postal Service drop box locations.

35.     On April 18, 2018, agents observed that the prior evening the tracker had, for the first time known to law enforcement, remained overnight at 510 S. Fair Street, Champaign, Illinois; previously, the tracker had reflected that CAAMANO parked the RAV4 at the defendant property overnight. Because the Toyota Rav4 could not be seen, agents believed it, along with the tracking device, were likely parked inside the garage.

36.     On April 19, 2018, at approximately 9:00 a.m., agents observed a silver 2016 Chevrolet Cruze (Indiana license plate number FL235AAL) at the defendant property.   Representatives at Enterprise RENT-A-CAR, 1804 South Neil Street,

Champaign, Illinois, provided a car rental agreement to agents, which identified

CAAMANO as the renter of said vehicle from April 18, 2018, to May 9, 2018. At

approximately 11:33 a.m., agents observed CAAMANO return to the defendant

property in the rental vehicle. Based on experience and training, agents are aware that

individuals engaged in trafficking narcotics frequently utilize rental vehicles in order to

avoid detection by law enforcement.

### *Recovery of Returned Package in Normal, Illinois*

37.     On March 29, 2018, law enforcement agents were contacted by USPIS

regarding a package with EasyPost account C26321, which had been turned into the

USPS Office in Normal, Illinois as "refused mail".   The EasyPost account number

matched the account number CAAMANO was believed to have used to create shipping

labels for previous packages. The package was addressed to Toby Warner, 7905

Hollywood, Los Angeles, California; originated from Urbana, Illinois; and weighed

approximately 2 pounds.   The return address was listed as Lisa K. Wilson at 408 E.

High Street, Urbana, Illinois, 61801.   The package had a USPS label over the recipient

address stating, "Return to Sender, Refused, Unable to Forward, Return to Sender".

Agents were advised by Lisa K. Wilson that she did not send the package and had no

knowledge of it or its contents. A later inspection of the package by agents revealed

1,000 pills marked "Xanax".

### *PayPal Purchases*

38.     Agents obtained bank records for CAAMANO from Navy Federal Credit Union (checking account # 7029731721), which revealed a number of PayPal purchases that were funded through the account.

39.     PayPal account 1662394575525739130, with registered email address stephancho@gmail.com, was used to purchase Firmapress, a pharmaceutical binding agent, from the company LFA Machines Oxford, Ltd. on April 4, 2017. The purchase was funded by via CAAMANO's Navy Federal checking account # 7029731721.

40.     PayPal account 1928865671187482181, with registered email addresses stephancho@gmail.com and stephan4096@gmail.com, was used to purchase the binding agent Firmapress from LFA Machines Oxford Ltd on September 19, 2016; December 14, 2016; December 19, 2016; March 6, 2017; April 19, 2017; May 19, 2017; June 25, 2017; July 12, 2017; September 4, 2017; and September 29, 2017.   This same PayPal account was used to purchase from LFA Machines Oxford Ltd an RTP 9 Rotary Tablet Press on April 26, 2017, and a Tablet Dust Vacuum on August 8, 2017.   The PayPal account also was used to purchase additional tablet press machines from vendor eb@senders-inc.com on December 14, 2016, and vendor cabbo@live.cn on December 22, 2016; binding and tablet machine parts from vendor petter.su@outlook.com on February 6, 2017, and March 26, 2017; and oval and polygon punch stamp molds for tablet press machines from vendor weiping002@hotmail.com on December 21, 2016. All of these purchases were funded by the Navy Federal Credit Union checking account 7029731721 belonging to CAAMANO.

41.    Additional PayPal purchases were funded from CAAMANO's Navy Federal Credit Union checking account. The PayPal accounts used to make these purchases were varyingly associated with the email addresses Mexacc702x@gmail.com and torimoneybags@gmail.com. These additional purchases included: (1) a 20-liter Mixer Pharma machine on March 12, 2017; (2) a rotary press machine from vendor Capsulcn International Company, Ltd. on March 28, 2017; (3) a 20-liter Mixer Pharma machine from vendor Capsulcn International Company Ltd on August 18, 2016; (4) a single punch tablet press machine from vendor Xie Dian Mou on September 6, 2016; (5) a Xanax punching mold die set stamping mold for a tablet press machine from vendor 侯 茜桐 on October 6, 2016; and (6) polygon die stamp molds for a tablet press machine from vendor Ping Wei on October 6, 2016.

42.    Furthermore, records from LFA Machines Oxford Ltd. confirm their means of communication to confirm purchase and shipments were email accounts stephan4096@gmail.com and stephancho@gmail.com. All items known to law enforcement that were shipped from LFA Machines Oxford Ltd. to CAAMANO were shipped to CAAMANO's rental address: 510 S. Fair St., Champaign, Illinois, 61821.

### *APMEX, Inc. Payments to Stephan CAAMANO*

43.    CAAMANO's Navy Federal Credit Union checking account 7029731721 also showed multiple large deposits of funds from APMEX, Inc., an online precious metals dealer, into the account between November 2016 and November 2017. The funds were transmitted via direct deposit, wire transfer or check.

44.     CAAMANO's only known employment during the relevant time period was as a graduate student teaching assistant for the University of Illinois-Urbana-Champaign's Mathematics Department. The bank records showed a series of four monthly deposits of $2,066.67 from the University of Illinois made to CAAMANO's checking account from about September 15, 2015, through about December 15, 2016, when his employment as a teaching assistant is believed to have terminated.

45.     Records received from APMEX, Inc. showed that CAAMANO was listed as the vendor associated with APMEX, Inc. account 1232940, with a trading limit set at $250,000. CAAMANO held an account with APMEX, Inc. beginning on November 3, 2016. Contact information for the account included the e-mail address of stephancho@gmail.com, which is the same email address associated with two of the previously mentioned PayPal accounts; a telephone number of 510-701-1962;[3]  and an address of 302 East Green Street, Unit 2394, in Champaign, Illinois, which is known to be a Post Office Box.

46.     The records show that APMEX, Inc. made a total of 11 payments to CAAMANO from November 2016 through November 2017, totaling $473,515.70. These payments are listed in the below chart. APMEX, Inc. made these payments to CAAMANO pursuant to his sale to APMEX, Inc. of 1 ounce gold American Eagle coins in various quantities.

---

[3] Area code 510 is a California telephone area code serving Alameda County, where the University of California-Berkeley is located.

| APMEX, Inc. Payments to CAAMANO from 11/2016-11/2017 | | | | | |
|---|---|---|---|---|---|
| Date | Number Ordered | Description | Unit Price | Total Price | Payment Type |
| 12/19/2017 | 14 | 2017 1oz Gold American Eagle BU | $1,251.50 | $17,521.00 | ACH Transfer to Checking Account |
| 11/17/2017 | 30 | 1oz Gold American Eagle BU | $1,285.30 | $38,559.00 | ACH Transfer into Checking Account |
| 7/25/2017 | 35 | 2017 1oz Gold American Eagle BU | $1,260.00 | $44,100.00 | ACH Transfer into Checking Account |
| 6/21/2017 | 102 | 1oz Gold American Eagle BU | $1,229.30 | $125,388.60 | Bank Wire to Checking Account |
| 5/26/2017 | 44 | 2017 1oz Gold American Eagle BU | $1,283.00 | $56,452.00 | APMEX Check Deposited Into Checking Account |
| | 26 | 1oz Gold American Eagle BU | $1,262.00 | $32,812.00 | APMEX Check Deposited Into Checking Account |
| 4/24/2017 | 34 | 2017 1oz Gold American Eagle BU | $1,287.90 | $43,788.60 | ACH Transfer to Checking Account |
| 4/3/2017 | 32 | 2017 1oz Gold American Eagle BU | $1,268.60 | $40,595.20 | ACH Transfer to Checking Account |
| 3/14/2017 | 13 | 1oz Gold American | $1,216.10 | $15,809.30 | ACH Transfer to |

| | | | | | |
|---|---|---|---|---|---|
| | | Eagle BU | | | Checking Account |
| 2/14/2017 | 10 | 2017 1oz Gold American Eagle BU | $1,245.40 | $12,454.00 | ACH Transfer to Checking Account |
| 11/21/2016 | 19 | 2016 1oz Gold American Eagle BU | $1,235.90 | $23,482.10 | ACH Transfer to Checking Account |
| 11/4/2016 | 17 | 1oz Gold American Eagle BU | $1,326.70 | $22,553.90 | ACH Transfer to Checking Account |

47.     Due to the large sums and frequent deposits, agents believe that CAAMANO used APMEX, Inc. to launder proceeds derived from his manufacturing and sale of alprazolam pills.

<u>***Trash Pulls and Additional Surveillance***</u>

48.     Throughout the course of this investigation, law enforcement agents have conducted a series of trash pulls at the defendant property and his rental address: 510 S. Fair Street, Champaign, Illinois, 61821.

49.     Trash pulls on the following dates at the defendant property have revealed items including but not limited to:

   a.  **January 24, 2018**: Shipping labels addressed to CAAMANO at 1510 Glenshire Dr. and a known prior residence from Provident Machine Bearings, a precious metals dealer, and NutraHealthSupply.com, a nutrition bodybuilding supplement provider); numerous shredded plastic pieces with some sort of residue from what appeared to be several

17

commercial grade plastic Ziploc bags; and a Netgear router instruction

manual.

b. **January 31, 2018**: (1) A Budget rental agreement, showing that on August

27, 2017, CAAMANO rented a 26-foot diesel cargo trailer to move

property from 510 S. Fair Street, Champaign, Illinois, to 1510 Glenshire

Dr.. (2) A shipping label addressed to Stephen CAAMANO at 1510

Glenshire Dr. The sender on the shipping label was Choetech, a company

based in Lexington, Kentucky. Agents' research has revealed that the

company is a supplier of electronic and computer accessory items, such as

charging cords and USB connecting cables.

c. **April 11, 2018**: Numerous items including utility bills for 510 S. Fair Street,

tax forms associated with CAAMANO, documentation of Post Office Box

openings and closings, and a Navy Federal Credit Union mailing to

CAAMANO. Agents also discovered a Christmas card to CAAMANO

from Veldt Gold, a company known to sell precious metals in exchange

for virtual currency.

d. **May 23, 2018**: Assorted shipping materials, including mylar packaging,

vacuum sealer roll packaging, and unused shipping labels; assorted

packaging envelopes addressed to CAAMANO at 1510 Glenshire Dr., 510

South Fair Street, and 302 East Green Street, Unit 2394, in Champaign,

Illinois; a used Ziploc bag with powdery residue; industrial plastic bag

with "DNP 200mg" written in marker; and a Provident Metals magnet

(the precious metals dealer mentioned previously).

50.     Trash pulls on the following dates at 510 S. Fair Street, Champaign,

Illinois, 61821, have revealed items including but not limited to:

    a.  **March 27, 2018**: Two shipping documents addressed to CAAMANO at

       510 S. Fair Street; three glass beakers; a charging device; a plastic bag with

       a white powdery residue; two plastic cups with white powdery residue;

       and six unopened packages of powder supplements.

    b.  **May 8, 2018**: 18 metal container rings and clamps, along with 15 metal

       lids. Many of the lids contained a powdery residue. All shipping labels on

       the metal lids had been forcibly removed, preventing agents from learning

       the shipper or container contents. Agents believe the clamps and lids were

       part of the packaging used to ship Firmapress, a pill binding agent, from

       LFA Machines, LLC.

### *Residential Search Warrants*

51.     On May 27, 2018, residential search warrants were executed at the

defendant property and at 510 South Fair Street in Champaign, Illinois. Agents found a

various metal machine parts, proof of residency, an instruction manual for a sale, a

Toshiba laptop and a cutting agent powder. At the defendant property, agents found

one zp9 rotary tablet press, which had been partially taken apart, two 20L mixing

machines, 3 commercial grade scales, 3 heavy duty vacuum sealing machines, multiple

large plastic bins and containers used to sort and mix powders used to press pills, a

container filled with binding agent Firmapress, pressed counterfeit Xanax bars, non-prescribed steroids, doping masking agents, non-FDA approved tramadol and domperidone medicines, tryptamine (psychedelic), multiple materials used for packaging and shipping items via registered mail, multiple cellular devices, and several computers and computer related components containing memory/hard drive space. Agents also discovered a laptop cord to a Toshiba laptop.

### Rental of 3526 North Pennsylvania Street, Apartment B1, Indianapolis, Indiana

52. On May 16, 2018, law enforcement agents continued to monitor previously discussed tracking device on CAAMANO's RAV4. Agents noted that the vehicle had departed the defendant property and traveled eastbound on Interstate 74.

53. Through this surveillance and their monitoring of the GPS tracking device, agents observed CAAMANO travel in the Toyota RAV4 to the Indiana Bureau of Motor Vehicle's Indy West facility at 10 S. Mickley Avenue in Indianapolis, Indiana, where he entered the facility to complete a written driver's examination before producing paperwork at a counter to register his RAV4.   At approximately 1:14 p.m. Eastern Standard Time, CAAMANO exited the Bureau of Motor Vehicle facility and returned to the defendant property.

54. Agents obtained records from the Indiana Bureau of Motor Vehicles which showed that CAAMANO had transferred his registration of the RAV4 from Illinois to Indiana with forthcoming Indiana registration number ANC754.   The

records also showed that CAAMANO had provided proof of Indiana residence with an address of 3526 North Pennsylvania Street, Apartment B1, Indianapolis, Indiana.

55.    Law enforcement agents obtained the leasing agreement for 3526 North Pennsylvania Street, Apartment B1, Indianapolis, Indiana, from the property managers. The leasing agreement showed that CAAMANO had electronically signed a rental contract for the apartment on May 9, 2018, at 7:18 p.m. CAAMANO's approved move-in date was May 10, 2018. CAAMANO lease ended on May 31, 2019. The leasing agreement showed that CAAMANO had provided his Navy Federal Credit Union checking account statement for April/May 2018 to show he was able to pay for the apartment, which had a monthly rent of $569.00 with $20.00 per month for gated parking.

56.    Based on the detailed facts above, which support a reasonable belief that the government will be able to meet its burden of proof at trial, the government believes that the defendant real property was used or intended to be used, in any manner or part, to commit, and/or to facilitate, the commission of, a violation of this subchapter, pursuant to 21 U.S.C. § 881(a)(7), and which constitutes proceeds traceable to the exchange of controlled substances in violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801 et seq., pursuant to 21 U.S.C. § 881(a)(6).

WHEREFORE, the United States of America prays that this Court forfeit the defendant real property to the United States of America for disposition according to law, for the issuance of a Warrant of Arrest in Rem, for costs of suit and for such other and further costs and relief as the Court may deem necessary.

21

Respectfully submitted,

JOHN E. CHILDRESS
UNITED STATES ATTORNEY

By:     s/Gail L. Noll
        Gail L. Noll, IL Bar No. 6243578
        United States Attorney's Office
        318 South Sixth Street
        Springfield, IL 62701
        Telephone: 217-492-4450
        Fax: 217-492-4888
        Email: gail.noll@usdoj.gov

<u>VERIFICATION</u>

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct based on information and belief.

5/30/2018                    s/Matthew Noblet

Date: _____        _____
                             S/A Matthew Noblet, Group Supervisor
                             Drug Enforcement Administration