IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                           )<br>             Plaintiff,                        )<br>                                                           )<br>  vs.                                                    )<br>                                                           )<br>REAL PROPERTY LOCATED AT    )<br>1510 GLENSHIRE DRIVE, CHAMPAIGN, )<br>ILLINOIS, WITH ALL APPURTENANCES )<br>AND IMPROVEMENTS THEREON,    )<br>                                                           )<br>             Defendant.                     )  | No:  18-2151 |

## MOTION TO UNSEAL CASE AND MOTION FOR VOLUNTARY DISMISSAL

NOW COMES the plaintiff, the United States of America, by Richard Kim, Assistant United States Attorney, and moves that the above civil forfeiture proceeding be unsealed and dismissed without prejudice.  In support thereof, the Government states that the defendant property was included in the Final Order of Forfeiture entered by the Court on July 23, 2020 in *United States v. Stephan Caamano* (case no. 18-20031), which gave all right, title and interest of the defendant property to the United States.  Therefore, the Government respectfully requests that the Court dismiss the instant civil forfeiture proceeding without prejudice.

Respectfully submitted,

JOHN C. MILHISER
UNITED STATES ATTORNEY

By:   s/Richard Kim
        Richard Kim, IL Bar No. 6226879
        Assistant United States Attorney
        United States Attorney's Office
        318 South Sixth Street
        Springfield, IL 62701
        Telephone: 217-492-4450
        Email: richard.kim@usdoj.gov